[No. 31969-1-II. Division Two. November 22, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. DENNIS WAYNE NELSON, *Respondent*.

The opinion in the above captioned case was filed as a partially published opinion on November 22, 2005 and appeared in the advance sheets at 130 Wn. App. 467-71. It is not published in this permanent bound volume pursuant to an order of the Court of Appeals dated January 10, 2006 directing that the opinion be published in full. See 131 Wn. App. 175.